sage
PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 08/23/2026, Tiara Wiley-King

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Eastern District of North Carolina .

Case number: 26-03497

Certificate number: NCE26-034974988376

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance